UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CHRISTOPHER THOMAS TAYLOR,

        Plaintiff,                Case No. 1:25-cv-658

v.                                        Honorable Phillip J. Green

COMMUNITY MENTAL HEALTH,
 et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  August 7, 2025                   /s/ Phillip J. Green
                                                              PHILLIP J. GREEN
                                                              United States Magistrate Judge